UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                                                  CASE NO.: 24-42896-mxm13
                                                                                                                       CHAPTER 13

**Donyeal Cunningham,**
   Debtor.

**Floretta Cunningham,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Trust, National Association not in its individual capacity, but solely as trustee for ACHM Trust 2023-HE2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Attorney for Secured Creditor
                                             13010 Morris Road, Suite 450
                                             Alpharetta, GA 30004
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425

                                             By: /s/Anthony Santini
                                                 Anthony Santini
                                                 Email: antsantini@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DONYEAL CUNNINGHAM
5601 PARADISE DRIVE
MIDLOTHIAN, TX 76065

FLORETTA CUNNINGHAM
5601 PARADISE DRIVE
MIDLOTHIAN, TX 76065

And via electronic mail to:

NORRED LAW PLLC
515 E. BORDER STREET
ARLINGTON, TX 76010

TIM TRUMAN
6851 N.E. LOOP 820, SUITE 300
N RICHLAND HILLS, TX 76180

UNITED STATES TRUSTEE
1100 COMMERCE STREET ROOM 976
DALLAS, TX 75202

By: /s/ Angela Gill