Certificate Number: 00281-TXN-DE-038855577

Bankruptcy Case Number: 24-42896



00281-TXN-DE-038855577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 10, 2024</u>, at <u>9:51</u> o'clock <u>PM CDT</u>, <u>Floretta Cunningham</u> completed a course on personal financial management given <u>by internet</u> by <u>Tim Truman, Standing Chapter 13 Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   September 11, 2024            By:   /s/Amy Tate-Almy

                                       Name:  Amy Tate-Almy

                                       Title: Debtor Education Director