Certificate Number: 00281-TXN-DE-038860626

Bankruptcy Case Number: 24-42896



00281-TXN-DE-038860626

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2024, at 7:59 o'clock AM CDT, Donyeal Cunningham completed a course on personal financial management given by internet by Tim Truman, Standing Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:  September 12, 2024           By:  /s/Amy Tate-Almy

                                    Name:  Amy Tate-Almy

                                    Title:  Debtor Education Director