IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
**DONYEAL CUNNINGHAM and FLORETTA CUNNINGHAM**          Case No. 24-42896-MXM

**DEBTOR(S),**

### REPORT OF (CONCLUDED) SECTION 341 MEETING
### AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:**   Meeting Date: September 25, 2024    Time: 1:30 pm
Original Date: September 25, 2024

1. Debtor(s) Appeared?   D1: **YES**           D2: **YES**
   ID Checked: **YES**    ID Checked: **YES**
   SS Checked: **YES**    SS Checked: **YES**

2. Debtor(s) attorney/paralegal appeared?  **YES**    Debtor(s) attorney\firm: **Clayton Everett**
   *representing* **NORRED LAW PLLC**

3. Creditors Appeared: **none** *representing*

4. **341 Meeting: CONCLUDED**

5. Payment Information:
   Current monthly payment per Plan:    **$2,697.00**    First Payment due:   **9/14/2024**
   $ rec'd as of 9/27/2024              **$2,696.46**    Length of Plan:      **60 months**
   Base Amount per Plan:                **$161,820.00**

**Confirmation Issues:  REFER TO LEGAL:  YES**

The tests for Confirmation have/have not been met, as follows:

**N**  6. Disposable Income(monthly):  **$4,266.71** x **60** ACP = Unsecured Pool per Trustee: **$256,002.60**

**N**  7. Base Amount is sufficient.                          UCP per Plan: **$0.00**

**Y**  8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**Y**  9. Best Interest: Exemptions:  Federal: **NO**        State: **Texas**

   Non-exempt Property Description and Equity in    **cash-40**
   each item:                                        **bank accts-3240.96**
                                                     **Security deposits-425**
   Total Equity in non-exempt prop. $ **3705.96**    Total Non-Exempt Equity per Plan: **$3,705.96**

**Y**  11. Exemptions Proper:   If no, explain:

**Y**  12. Feasibility: Surplus per I & J: **$2,848.03**

   _ Step     _ Balloon     _ Unemployed     _ Negative Surplus/     _ Projected Income     Other:
                                                Insuff Surplus
   Plan Payments:  Which Debtor   Start Date            Pmt Amt      Frequency    # of Periods
                   D1             09/14/2024            $2,697.00    MO           60

**Y**  13. Good Faith Petition and Plan:

   a. Plan Payment at least 90 % I minus J $ **$2,563.23**

   b. Plan **does not** contain non-standard language.

   c. Other:

**N/A**  14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**Y**  15. Debtor testified that previous 4 years tax returns have been
           filed with the IRS. If no, year(s) not filed:

       Year(s) not provided to Trustee's office:

**N**  16. Business Case Meeting Required?

__Y__   17.   Debtor Attorney Fees meet Guidelines.

By:   /s/ Brittany Kitchen  
        Brittany Kitchen  
        Presiding Officer

---

18.   <u>Legal Department Notes</u>:  Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:   **YES**

Objection Type:   **DI - Disposable Income**  
        **IN - Insufficient**

By:   <u>Angela Allen</u>  
       Attorney for Trustee / Trustee