**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No: 24-42896-MXM |
| | § | |
| DONYEAL CUNNINGHAM, xxx-xx-1276 | § | Chapter 13 |
| FLORETTA CUNNINGHAM, xxx-xx-5106 | § | |
| 5601 PARADISE DR | § | Court Hearing: Thursday, January |
| MIDLOTHIAN, TX  76065 | § | 16, 2025 at 8:30 AM |
| | § | |
| Debtors | | |

**AMENDED NOTICE OF**
**DEADLINE FOR OBJECTION TO CONFIRMATION**

**December 17, 2024** is the last day for filing Objection**s** to Confirmation of Debtors' Chapter 13 Plan filed on or about November 20, 2024.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

**CONFIRMATION HEARING**

If an Objection to Confirmation of  Debtors' Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, January 16, 2025** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

**CERTIFICATE OF SERVICE**

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before November 26, 2024.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
ROBERTSON ANSCHUTZ SCHNEID CRANE AND PARTNERS, 13010 MORRIS RD STE 450, ALPHARETTA, GA  30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

ACHIEVE PERSONAL LOANS,  Attn: Officer/President, PO BOX 2340,  PHOENIX, AZ  85002

AMERICAN EXPRESS,  Attn: Officer/President, PO BOX 650448,  DALLAS, TX  75265

AMERICAN EXPRESS,  Attn: Officer/President, PO BOX 981535,  EL PASO, TX  79998

AMERICAN EXPRESS NATIONAL BANK,  Attn: Officer/President, BECKET AND LEE,  PO BOX 3001,  MALVERN, PA  19355-0000

APPLE CARD GOLDMAN SACHS,  Attn: Officer/President, PO BOX 7247 LB 6112,  PHILADELPHIA, PA  19170

ARMY AIRFORCE EXCHANGE,  Attn: Officer/President, 3911 S WALTON WALKER,  DALLAS, TX  75236

ARMY AND AIR FORCE EXCHANGE SERVICES,  Attn: Officer/President, C/O BASS AND ASSOCIATES PC,  3936 E FT LOWELL RD #200,  TUCSON, AZ  85712-0000

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

BRACKETT & ELLIS,  Attn: Officer/President, 100 MAIN ST,  FT WORTH, TX  76102

CAPITAL ONE,  Attn: Officer/President, PO BOX 30281,  SALT LAKE CITY, UT  84130-0000

CITIBANK,  Attn: Officer/President, PO BOX 6500,  SIOUX FALLS, SD  57117

CITIBANK,  Attn: Officer/President, CITICORP CREDIT CENTRALIZED BANKRUPTCY,  PO BOX 790040,  SAINT LOUIS, MO  63179-0000

CITICARD,  Attn: Officer/President, CITICORP CENTRALIZED BANKRUPTCY,  PO BOX 790040,  ST LOUIS, MO  63179

COMENITY BANK,  Attn: Officer/President, PO BOX 182125,  COLUMBUS, OH  43218

DEPT OF JUSTICE - TAX DIVISION,  Attn: Officer/President, 717 N HARWOOD #400,  DALLAS, TX  75201-0000

DISCOVER BANK,  Attn: Officer/President, PO BOX 3025,  NEW ALBANY, OH  43054-0000

DONYEAL CUNNINGHAM,  FLORETTA CUNNINGHAM,  5601 PARADISE DR,  MIDLOTHIAN, TX  76065-0000

ELLIS COUNTY,  Attn: Officer/President, TAX ASSESSOR/COLLECTOR,  PO BOX DRAWER 188,  WAXAHACHIE, TX  75168-0000

FORT WORTH COMMUNITY CU,  Attn: Officer/President, PO BOX 210848,  BEDFORD, TX  76095

FREEDOM FINANCIAL ASSET MGMT,  Attn: Officer/President, 1875 S GRANT ST STE 400,  SAN MATEO, CA  94402-0000

FREEDOM MORTGAGE CORPORATION,  Attn: Officer/President, ATTN PAYMENT PROCESSING,  11988 EXIT 5 PKWY BLDG 4,  FISHERS, IN  46037-0000

FREEDOM PLUS,  Attn: Officer/President, PO BOX 2340,  PHOENIX, AZ  85002-0000

GOLDMAN SACHS BANK USA,  Attn: Officer/President, 2001 ROSS AVE STE 2800,  DALLAS, TX  75201

HILTON GRAND VACATION,  Attn: Officer/President, 6355 METRO WEST BLVD,  ORLANDO, FL  32835

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

INTL COLLECTION AGENCY,  Attn: Officer/President, PO BOX 692715,  ORLANDO, FL  32868-0000

JEFFERSON CAPITAL SYSTEMS LLC,  Attn: Officer/President, PO BOX 772813,  CHICAGO, IL  60677-0000

JEFFERSON CAPITAL SYSTEMS LLC,  Attn: Officer/President, PO BOX 7999,  ST CLOUD, MN  56302-0000

**BY FIRST CLASS MAIL:**

JPMORGAN CHASE BANK,  Attn: Officer/President, MAIL CODE LA4 7100,  700 KANSAS LN,  MONROE, LA  71203-0000

KOHLS,  Attn: Officer/President, PO BOX 3043,  MILWAUKEE, WI  53201

LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  Attn: Officer/President, 3500 MAPLE AVE #800,  DALLAS, TX  75219-0000

LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000

LV TOWER 52 CONDO,  Attn: Officer/President, 6355 METROWEST BLVD,  ORLANDO, FL  32835

LV TOWER52 HGV,  Attn: Officer/President, 6355 METRO WEST BLVD #180,  ORLANDO, FL  32835

MILITARY STAR,  Attn: Officer/President, 3911 WALTON WALKER BLVD,  DALLAS, TX  75236-0000

NAVY FEDERAL CREDIT UNION,  Attn: Officer/President, PO BOX 3000,  MERRIFIELD, VA  22119

NISSAN MOTOR ACCEPTANCE,  Attn: Officer/President, PO BOX 660366,  DALLAS, TX  75266

NISSAN MOTOR ACCEPTANCE CORP,  Attn: Officer/President, PO BOX 9013,  ADDISON, TX  75001-0000

PERDUE BRANDON FIELDER COLLINS AND MOTT,  Attn: Officer/President, 500 E BORDER ST #640,  ARLINGTON, TX  76010-0000

QUANTUM3 GROUP,  Attn: Officer/President, PO BOX 2489,  KIRKLAND, WA  98083-0000

QUANTUM3 GROUP LLC,  Attn: Officer/President, PO BOX 788,  KIRKLAND, WA  98083

RESURGENT RECEIVABLES,  Attn: Officer/President, RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603-0000

SYNCHRONY BANK,  Attn: Officer/President, PO BOX 71782,  PHILADELPHIA, PA  19176-0000

SYNCHRONY BANK,  Attn: Officer/President, PO BOX 71778,  PHILADELPHIA, PA  19176-0000

SYNCHRONY BANK/JC PENNEYS,  Attn: Officer/President, PO BOX 71782,  ORLANDO, FL  32896-0000

TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS ALCOHOLIC BEVERAGE COMM,  Attn: Officer/President, LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  Attn: Officer/President, TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000

TEXAS WORKFORCE COMMISSION,  Attn: Officer/President, ATTN ERIN REID RM 556,  101 E 15TH ST,  AUSTIN, TX  78778

U LIFESTYLE COLLECTION,  Attn: Officer/President, 9450 SUNSET DR,  MIAMI, FL  33173

UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242

UNLIMITED VACATION,  Attn: Officer/President, 9450 SUNSET DR,  MIAMI, FL  33173-0000

UPSTART,  Attn: Officer/President, PO BOX 1503,  SAN CARLOS, CA  94070-0000

US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

US BANK,  Attn: Officer/President, PO BOX 5229,  CINCINNATI, OH  45201

Case 24-42896-mxm13 Doc 28 Filed 11/25/24 Entered 11/25/24 16:19:44 Desc
Page 4 of 4

Case No. 24-42896-MXM  DONYEAL CUNNINGHAM & FLORETTA CUNNINGHAM
AMENDED Notice of Deadline for Objection to Confirmation and Confirmation Hearing  Page 4 of 4

**BY FIRST CLASS MAIL:**

US BANK,  Attn: Officer/President, PO BOX 108,  SAINT LOUIS, MO  63166

US BANK,  Attn: Officer/President, PO BOX 5227,  CINCINNATI, OH  45201-0000

US DEPARTMENT OF JUSTICE,  Attn: Officer/President, 10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

USAA,  Attn: Officer/President, PO BOX 65020,  SAN ANTONIO, TX  78265

USAA FEDERAL SAVINGS BANK,  Attn: Officer/President, 10750 MCDERMOTT FWY,  SAN ANTONIO, TX  78288

WELLS FARGO BANK,  Attn: Officer/President, PO BOX 10438,  DES MOINES, IA  50306-0000

WELLS FARGO BANK,  Attn: Officer/President, 1 HOME CAMPUS MAC X2303 01A 3RD FL,  DES MOINES, IA  50328-0000

WELLS FARGO BANK DILLARDS,  Attn: Officer/President, PO BOX 393,  MINNEAPOLIS, MN  55480

WENDY BURGESS TAX ASSESSOR/COLLECTOR,  Attn: Officer/President, 100 E WEATHERFORD ST,  FT WORTH, TX  76196

WESTGATE LAKES RESORTS,  Attn: Officer/President, 9500 TURKEY LAKE RD,  ORLANDO, FL  32819-0000

WILMINGTON TRUST NATIONAL ASSOCIATION,  Attn: Officer/President, NEWREZ,  PO BOX 10826,  GREENVILLE, SC  29603-0000