

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 23, 2024

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-42896-MXM13 |
| DONYEAL CUNNINGHAM § | |
| FLORETTA CUNNINGHAM § | CHAPTER 13 |
| DEBTOR(S) § | |
| § | |

**AGREED ORDER ON OBJECTION TO PLAN**
**(THIS ORDER RESOLVES DOCKET # 29)**

Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation (hereinafter referred to as "Movant"), who is the current holder of Promissory Note and Consumer Security Agreement which is secured by a 2019 Infiniti Q50, VIN: JN1EV7AP6KM543444 (the "Collateral"), and Debtor(s), by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by Movant.

**IT IS THEREFORE ORDERED THAT:**

1. Debtor(s) Chapter 13 Plan shall include the total debt on the Collateral in the amount of $15,487.50, to be paid through the plan as a secured claim, together with 8.50% interest.

2. Debtor(s) shall incorporate in their entirety the above-referenced terms of this Order into their Chapter 13 Plan of Reorganization.

### END OF ORDER ###

AGREED TO AND APPROVED BY:

/s/ Warren V. Norred_____  
Warren V. Norred  
Norred Law PLLC  
515 E. Border Street  
Arlington, TX 76010  
(817) 704-3984  
Attorney for Debtors  

/s/ Chandra D. Pryor_____  
Hilary B. Bonial / TXBN 24054367  
Chandra D. Pryor / CABN 320903  
Bonial & Associates, P.C.  
Attorneys and Counselors  
14841 Dallas Parkway, Suite 350  
Dallas, Texas 75254  
(972) 643-6600  
(972) 643-6698 (Telecopier)  
E-mail: BkcyAttorneys@BonialPC.com  
Attorney for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation

United States Bankruptcy Court

Northern District of Texas

In re:  
Donyeal Cunningham  
Floretta Cunningham  
    Debtors

Case No. 24-42896-mxm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2024 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donyeal Cunningham, Floretta Cunningham, 5601 Paradise Drive, Midlothian, TX 76065-1169 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

**Name**      **Email Address**

Anthony Ismael Santini  
     on behalf of Creditor Wilmington Trust  National Association antsantini@raslg.com

Camille Stecker  
     on behalf of Creditor Ellis County Camille.Stecker@lgbs.com  
     Eva.Parker@lgbs.com;Sean.french@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Chandra Dianne Pryor  
     on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation  
     Chandra.Pryor@BonialPC.com  Notices.Bonial@ecf.courtdrive.com

Charles Lester Kennon, III  
     on behalf of Creditor Freedom Mortgage Corporation Charles.Kennon@mccalla.com  mccallaecf@ecf.courtdrive.com

Tim Truman  
     truman341docs@ch13ftw.com

District/off: 0539-4      User: admin      Page 2 of 2

Date Rcvd: Dec 23, 2024      Form ID: pdf012      Total Noticed: 1

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
    on behalf of Joint Debtor Floretta Cunningham warren@norredlaw.com
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
    on behalf of Debtor Donyeal Cunningham warren@norredlaw.com
    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

TOTAL: 8